UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH BASKETT, *et al.*, | CASE NO. C15-1317-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulated motion for dismissal (Dkt. No. 40). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice[1] and with an award of attorney fees and costs consistent with the Court's previous order, (Dkt. No. 39). The Clerk is directed to CLOSE this case.

//

//

//

---

[1] The stipulation does not say whether the action is dismissed with or without prejudice. Therefore, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

DATED this 14th day of June 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk